UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.A. NO. C-04-475 |
| | § | |
| $66,294 IN U.S. CURRENCY | § | |

## MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT

On May 13, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 8). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, default judgment is entered for the United States, and the $66,294.00 in defendant currency shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

ORDERED this ____4____ day of ___July___, 2005.

HAYDEN HEAD
CHIEF JUDGE